IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| DESIREE PIROZZI and ROGER MARSHALL on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JC USA, INC. d/b/a Jenny Craig,<br><br>　　　　　　　　　　Defendant. | CASE NO.  23-cv-02475-ZNQ-TJB |

**<u>NOTICE OF DEFENDANT JC USA, INC.'S  SUGGESTION OF BANKRUPTCY</u>**

PLEASE TAKE NOTICE that on May 5, 2023, the above referenced Defendant, JC USA, Inc., filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware for relief under chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code") (Case No. 23-10585).

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of "the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

|  |  |
|---|---|
| DATED: May 9, 2023 | Respectfully submitted,<br>By: /s/ *Gail C. Lin*<br>Gail C. Lin (NJ Bar No. 036752001)<br>Jack A. Raisner (*pro hac vice forthcoming*)<br>René S. Roupinian (*pro hac vice forthcoming*)<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, NY 10016<br>Telephone: (212) 221-1747<br>Fax: (212) 221-1747<br>Email: gcl@raisnerroupinian.com<br>Email: jar@raisnerroupinian.com<br>Email: rsr@raisnerroupinian.com<br><br>*Attorneys for Plaintiffs and the other similarly situated former employees* |

In light of the Notice of Defendant's bankruptcy filing, and for good cause shown, this matter is effectively STAYED. If Defendant's bankruptcy petition is denied, the parties are to advise the Court within 14 days. In the meantime, the Clerk's Office is hereby instructed to ADMINISTRATIVELY TERMINATE this matter.

So Ordered this 15th day of August 2023.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE